IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEAN-DENIS JEAN-EWOLL,
Inmate No. J34720,
    Plaintiff,

vs.                                Case No.: 3:15cv202/LAC/EMT

LIEUTENANT P. REYES, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 14, 2019 (ECF No. 114). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Motions for Summary Judgment filed by Defendant Nurse Practicioner Marsha Nichols (ECF No. 70) and by Defendants Lieutenant Peter Reyes, Captain Brandon Turner, and Officer Virgil Mason (ECF No. 82) are **GRANTED**;

3. All other pending motions are **DENIED** as moot; and

4. The clerk is directed to enter judgment in favor of all Defendants and close the file.

**DONE AND ORDERED** this 14th day of February, 2019.

          s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**