# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JEAN-DENIS JEAN-EWOLL,
Inmate No. J34720,
    Plaintiff,

v.                                          Case No.: 3:15cv202/MCR/EMT

LT. P. REYES, et al.,
    Defendants.
_____/

## SETTLEMENT CONFERENCE REPORT

On October 14, 2021, the undersigned conducted a settlement conference in this matter pursuant to 28 U.S.C. § 636(b), and upon referral by the district court (*see* ECF No. 144). The conference resulted in **SETTLEMENT** of this cause.

**DONE AND ORDERED** this 1st day of November 2021.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**